

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
| --- | --- |
| PLAINTIFF | 2:08mj-2011 |
| v. | |
| Aaron Jenkins | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __August 19__, __2008__, at __2:00__ ☐a.m. / ☒p.m. before the Honorable __Eick__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __8/14/08__        _____
                           U.S. District Judge/Magistrate Judge

---
**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**
CR-66 (10/97)                                                                 Page 1 of 1